UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re: MEGA AMUSEMENT, INC.   § Case No. 14-59503-SMS
                              §
                              §
Debtor(s)                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Cathy L. Scarver, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $716,304.77            Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $521,701.16    Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $362,331.24

---

   3) Total gross receipts of $ 884,032.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $884,032.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $38,600.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 254,022.74 | 254,022.74 | 254,022.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 386,025.84 | 108,308.50 | 108,308.50 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 37,654.00 | 408,787.84 | 56,029.76 | 54,390.79 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,947,567.46 | 3,039,664.83 | 1,453,966.63 | 467,310.37 |
| **TOTAL DISBURSEMENTS** | $3,023,821.46 | $4,088,501.25 | $1,872,327.63 | $884,032.40 |

4) This case was originally filed under Chapter 11 on May 14, 2014 and it was converted to Chapter 7 on December 04, 2015. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/02/2019        By: /s/Cathy L. Scarver, Trustee
                    Trustee, Bar No.: 628455

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wells Fargo Bank Account #8375 | 1229-000 | 1,287.88 |
| Funds Turned over by Chapter 11 Debtor | 1290-010 | 874,539.13 |
| Refund: Adjustment for Reprocessing Rejected | 1229-000 | 147.39 |
| Restitution Payments from | 1221-000 | 300.00 |
| Music Memorabilia and Decor | 1229-000 | 7,500.00 |
| Refund of Wells Fargo Bank Fees for Acct #8540 | 1290-000 | 46.00 |
| Restitution Paymen from Jessica Renee Clink | 1229-000 | 212.00 |
| **TOTAL GROSS RECEIPTS** | | **$884,032.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | American Finance Solutions | 4110-000 | 38,600.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$38,600.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Cathy L. Scarver, Trustee | 2100-000 | N/A | 47,451.62 | 47,451.62 | 47,451.62 |
| Trustee Expenses - Cathy L. Scarver, Trustee | 2200-000 | N/A | 100.00 | 100.00 | 100.00 |
| Other - Lamberth, Cifelli, Ellis & Nason, P. A. | 3210-000 | N/A | 123,464.00 | 123,464.00 | 123,464.00 |
| Other - Lamberth, Cifelli, Ellis & Nason, P. A. | 3220-000 | N/A | 2,531.12 | 2,531.12 | 2,531.12 |
| Other - Jeffrey K. Kerr & Company LLC | 3410-000 | N/A | 46,444.00 | 46,444.00 | 46,444.00 |
| Other - Jeffrey K. Kerr & Company LLC | 3420-000 | N/A | 1,660.05 | 1,660.05 | 1,660.05 |
| U.S. Trustee Quarterly Fees - United States Trustee | 2950-000 | N/A | 0.00 | 0.00 | 0.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 700.00 | 700.00 | 700.00 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 449.68 | 449.68 | 449.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 927.83 | 927.83 | 927.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,099.93 | 1,099.93 | 1,099.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,101.73 | 1,101.73 | 1,101.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,260.75 | 1,260.75 | 1,260.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,106.04 | 1,106.04 | 1,106.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,104.51 | 1,104.51 | 1,104.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,262.80 | 1,262.80 | 1,262.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,111.62 | 1,111.62 | 1,111.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,263.20 | 1,263.20 | 1,263.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,146.55 | 1,146.55 | 1,146.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,106.74 | 1,106.74 | 1,106.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,200.08 | 1,200.08 | 1,200.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,056.78 | 1,056.78 | 1,056.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,101.12 | 1,101.12 | 1,101.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 961.87 | 961.87 | 961.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,063.49 | 1,063.49 | 1,063.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 959.14 | 959.14 | 959.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,128.90 | 1,128.90 | 1,128.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,024.65 | 1,024.65 | 1,024.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 989.07 | 989.07 | 989.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,124.02 | 1,124.02 | 1,124.02 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 986.17 | 986.17 | 986.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,086.83 | 1,086.83 | 1,086.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,017.51 | 1,017.51 | 1,017.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 982.18 | 982.18 | 982.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,116.04 | 1,116.04 | 1,116.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 945.21 | 945.21 | 945.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,011.36 | 1,011.36 | 1,011.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 976.15 | 976.15 | 976.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $254,022.74 | $254,022.74 | $254,022.74 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lamberth, Cifelli, Ellis & Nason, P.A. | 6210-000 | N/A | 5,791.00 | 5,791.00 | 5,791.00 |
| Lamberth, Cifelli, Ellis & Nason, P.A. | 6220-000 | N/A | 201.61 | 201.61 | 201.61 |
| The Webster Firm, P.C. | 6210-160 | N/A | 55,517.92 | 27,758.96 | 27,758.96 |
| The Webster Firm, P.C. | 6220-170 | N/A | 3,270.92 | 3,270.92 | 3,270.92 |
| JONES & WALDEN, LLC | 6210-160 | N/A | 44,562.50 | 44,562.50 | 44,562.50 |
| JONES & WALDEN, LLC | 6220-170 | N/A | 2,032.93 | 2,032.93 | 2,032.93 |
| The UPS Store | 6950-000 | N/A | 96.27 | 96.27 | 96.27 |
| Tom Siliven | 6950-000 | N/A | 24,594.31 | 24,594.31 | 24,594.31 |
| AJS Construction, Inc. | 6990-000 | N/A | 134,000.00 | 0.00 | 0.00 |
| Amy Lynn Hoch | 6950-720 | N/A | 60,200.00 | 0.00 | 0.00 |
| William Gentry | 6990-000 | N/A | 54,970.88 | 0.00 | 0.00 |
| Robert Wlodarczk | 6990-000 | N/A | 787.50 | 0.00 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $386,025.84 | $108,308.50 | $108,308.50 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| P | U.S. Treasury Department | 5300-000 | N/A | 1,719.34 | 1,719.34 | 1,719.34 |
| Q | U.S. Treasury Department | 5300-000 | N/A | 29.22 | 29.22 | 29.22 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| R | Georgia Department of Revenue | 5300-000 | N/A | 292.24 | 292.24 | 292.24 |
| S | Georgia Department of Labor | 5300-000 | N/A | 131.51 | 131.51 | 131.51 |
| 1P | DEPARTMENT OF THE TREASURY | 5800-000 | unknown | 270,942.58 | 0.00 | 0.00 |
| 2 | DEPARTMENT OF THE TREASURY | 5800-000 | N/A | 38,553.43 | 41,203.40 | 41,203.40 |
| 3P | GEORGIA DEPARTMENT OF REVENUE | 5800-000 | 37,654.00 | 84,465.47 | 0.00 | 0.00 |
| 8 | Gwinnett County Tax Commissioner | 5800-000 | N/A | 6,679.23 | 6,679.23 | 6,679.23 |
| 16 | John Dlugolenski | 5300-000 | N/A | 4,870.65 | 4,870.65 | 3,231.68 |
| 31 | Georgia Department of Labor | 5800-000 | N/A | 1,104.17 | 1,104.17 | 1,104.17 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$37,654.00** | **$408,787.84** | **$56,029.76** | **$54,390.79** |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | DEPARTMENT OF THE TREASURY | 7100-000 | N/A | 17,059.47 | 17,059.47 | 6,234.84 |
| 4 | First Mercury Insurance Co. | 7100-000 | N/A | 20,000.00 | 0.00 | 0.00 |
| 5 | General Electric Capital Corporation | 7100-000 | 446.00 | 7,684.34 | 7,684.34 | 2,808.45 |
| 6 | CIT TECHNOLOGY FINANCING SERVICES, LLC | 7100-000 | 1,145.22 | 2,293.55 | 0.00 | 0.00 |
| 7 | Broadcast Music, Inc. | 7100-000 | 21,323.11 | 17,843.19 | 0.00 | 0.00 |
| 9 | Michael P. and Rita M. Burke | 7100-000 | N/A | 327,446.00 | 0.00 | 0.00 |
| 10 | Harry Burns | 7100-000 | N/A | 173,556.98 | 0.00 | 0.00 |
| 11 | 2075 Market Street, LLC | 7100-000 | 90,000.00 | 135,000.00 | 0.00 | 0.00 |
| 12 | 2075 Market Street, LLC | 7100-000 | 165,000.00 | 141,877.50 | 141,877.50 | 51,852.86 |
| 13 -2 | Rebecca McBride | 7100-000 | N/A | 33,561.00 | 0.00 | 0.00 |
| 14 | Shawn McBride | 7100-000 | N/A | 41,898.00 | 0.00 | 0.00 |
| 15 | Sikes Paper & Supply | 7100-000 | 1,760.63 | 2,639.44 | 2,639.44 | 964.65 |
| 17 -3 | Steve Mudder | 7100-000 | 175,000.00 | 355,388.82 | 355,388.82 | 129,886.16 |
| 18 | Mark Williams | 7100-000 | N/A | 69,250.00 | 69,250.00 | 25,309.23 |
| 19 | James Eha Jones | 7100-000 | N/A | 60,000.00 | 0.00 | 0.00 |
| 1UP | DEPARTMENT OF THE TREASURY | 7300-000 | N/A | 162,256.07 | 162,256.07 | 0.00 |
| 20 | Robert Lee Collins | 7100-000 | 99,000.00 | 118,000.00 | 118,000.00 | 43,126.19 |
| 21 | AJS Construction Inc. | 7100-000 | N/A | 123,640.00 | 0.00 | 0.00 |
| 22 | Tim Greene | 7100-000 | 20,000.00 | 20,000.00 | 20,000.00 | 7,309.52 |
| 23 -2 | John Flood | 7100-000 | 82,000.00 | 108,387.00 | 108,387.00 | 39,612.87 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | Robert Wlodarczk | 7100-000 | 3,869.34 | 14,319.79 | 14,319.79 | 5,233.54 |
| 25 | Amy Lynn Hoch | 7100-000 | 10,233.06 | 81,447.57 | 0.00 | 0.00 |
| 26 | Infinite Energy | 7100-000 | 2,800.00 | 2,790.56 | 2,790.56 | 1,019.88 |
| 27 | First Mercury Insurance Company | 7100-000 | 31,463.52 | 20,000.00 | 20,000.00 | 7,309.52 |
| 28 | William Gentry | 7100-000 | 2,124,796.00 | 956,511.91 | 400,000.00 | 146,190.49 |
| 29 | BellSouth Telecommunications, Inc | 7100-000 | 419.16 | 1,237.22 | 1,237.22 | 452.17 |
| 30 | AJS Construction, Inc. | 7100-000 | 10,000.00 | 12,500.00 | 0.00 | 0.00 |
| 3UP | GEORGIA DEPARTMENT OF REVENUE | 7300-000 | N/A | 13,076.42 | 13,076.42 | 0.00 |
| NOTFILED | Accident Fund | 7100-000 | 3,313.36 | N/A | N/A | 0.00 |
| NOTFILED | American International Group | 7100-000 | 8,536.69 | N/A | N/A | 0.00 |
| NOTFILED | Gwinnett County Dept. of Water | 7100-000 | 3,872.44 | N/A | N/A | 0.00 |
| NOTFILED | Elvia Rendon-Paz | 7100-000 | 407.93 | N/A | N/A | 0.00 |
| NOTFILED | Ellison Boshell Salmon Tuller | 7100-000 | 2,150.00 | N/A | N/A | 0.00 |
| NOTFILED | Heritage Food Service Equip | 7100-000 | 168.75 | N/A | N/A | 0.00 |
| NOTFILED | Eduardo Briseno | 7100-000 | 199.77 | N/A | N/A | 0.00 |
| NOTFILED | ASCAP | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Aspen Specialty Ins. Co. | 7100-000 | 2,990.84 | N/A | N/A | 0.00 |
| NOTFILED | Claudia Hernandez-Tapia | 7100-000 | 240.56 | N/A | N/A | 0.00 |
| NOTFILED | Jackson EMC | 7100-000 | 11,908.00 | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross Blue Shield of GA | 7100-000 | 2,266.78 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 1,178.60 | N/A | N/A | 0.00 |
| NOTFILED | Milner | 7100-000 | 349.32 | N/A | N/A | 0.00 |
| NOTFILED | SM Newco Duluth, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sean Morse | 7100-000 | 4,323.72 | N/A | N/A | 0.00 |
| NOTFILED | Sysco Food Services of Atlanta | 7100-000 | 2,230.66 | N/A | N/A | 0.00 |
| NOTFILED | Tom Siliven | 7100-000 | 5,205.72 | N/A | N/A | 0.00 |
| NOTFILED | John Dlugolenski | 7100-000 | 4,870.65 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Premium Finance | 7100-000 | 8,418.00 | N/A | N/A | 0.00 |
| NOTFILED | Roadworthy, Inc. | 7100-000 | 21,319.20 | N/A | N/A | 0.00 |
| NOTFILED | Republic Services | 7100-000 | 3,947.19 | N/A | N/A | 0.00 |
| NOTFILED | Rikki Jenkins | 7100-000 | 50.97 | N/A | N/A | 0.00 |
| NOTFILED | Lexington Insurance Co. | 7100-000 | 621.00 | N/A | N/A | 0.00 |
| NOTFILED | Nexair | 7100-000 | 336.96 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Exterminating | 7100-000 | 450.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Professional Bull Riders, Inc. | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | PFG Miltons | 7100-000 | 2,396.68 | N/A | N/A | 0.00 |
| NOTFILED | Karen Ethredge | 7100-000 | 57.63 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$2,947,567.46** | **$3,039,664.83** | **$1,453,966.63** | **$467,310.37** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-59503-SMS  
**Case Name:** MEGA AMUSEMENT, INC.

**Period Ending:** 07/02/19

**Trustee:** (300006) Cathy L. Scarver, Trustee  
**Filed (f) or Converted (c):** 12/04/15 (c)  
**§341(a) Meeting Date:** 01/05/16  
**Claims Bar Date:** 03/28/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash Drawers as of 4/30/14<br>    Fully Administered during Chapter 11 Case | 4,579.68 | 0.00 | | 0.00 | FA |
| 2 | Regular Checking Account as of 4/30/14<br>    Fully Administered during Chapter 11 Case | 13,989.27 | 0.00 | | 0.00 | FA |
| 3 | ATM Deposit Account as of 4/30/14<br>    Fully Administered during Chapter 11 Case | 52.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture and Fixtures<br>    Sold during Chapter 11 Case. | 297,167.00 | 0.00 | | 0.00 | FA |
| 5 | General Equipment<br>    Sold during Chapter 11 Case | 80,133.62 | 0.00 | | 0.00 | FA |
| 6 | POS Equipment<br>    Sold during Chapter 11 Case | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Computer Equipment<br>    Sold during Chapter 11 Case | 3,895.00 | 0.00 | | 0.00 | FA |
| 8 | Music Equipment<br>    Sold during Chapter 11 Case | 315,488.20 | 0.00 | | 0.00 | FA |
| 9 | Future Receivables Sold Credit Card Receivables (u)<br>    No Receivables | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Wells Fargo Bank Account #8375  (u) | 0.00 | 1,287.88 | | 1,287.88 | FA |
| 11 | Funds Turned over by Chapter 11 Debtor  (u)<br>    after case converted to chapter 7 case. | 0.00 | 874,539.13 | | 874,539.13 | FA |
| 12 | Refund: Adjustment for Reprocessing Rejected  (u)<br>    ACH Transaction | 0.00 | 147.39 | | 147.39 | FA |
| 13 | Restitution Payments from  (u)<br>    Stephanie Nickol Mejias, Case No. 14-D-05194-6 | 0.00 | 300.00 | OA | 300.00 | FA |
| 14 | Music Memorabilia and Decor  (u) | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 15 | Avoidance Claims and Other Causes of Action  (u)<br>    Litigation pending against William Gentry regarding fraudulent conveyances and preference payments; settlement approved of mutual release of Gentry Ch 11 Admin claims and avoidance claims, per order entered 6/30/17, Doc. No. 350. | 0.00 | 193,988.22 | | 0.00 | FA |

Printed: 07/02/2019 02:40 PM    V.14.50

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-59503-SMS  
**Case Name:** MEGA AMUSEMENT, INC.

**Trustee:** (300006)    Cathy L. Scarver, Trustee  
**Filed (f) or Converted (c):** 12/04/15 (c)  
**§341(a) Meeting Date:** 01/05/16

**Period Ending:** 07/02/19

**Claims Bar Date:** 03/28/16

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Refund of IRS Withholding Tax Overpayment  (u)  Only refundable to shareholders sinc company is an S Corporation. | 0.00 | 35,102.53 | | 0.00 | FA |
| 17 | Refund of Wells Fargo Bank Fees for Acct  #8540  (u) | 0.00 | 0.00 | | 46.00 | FA |
| 18 | Restitution Paymen from Jessica Renee Clink  (u)  GDC ID 1001586271, Docket No. 14B41461 | 0.00 | 212.00 | OA | 212.00 | FA |
| 19 | Books and Records  (u)  abandoned and destroyed per order entered 1/8/18, Doc. No. 374. | 0.00 | 0.00 | OA | 0.00 | FA |
| 19 | **Assets   Totals** (Excluding unknown values) | **$716,304.77** | **$1,113,077.15** | | **$884,032.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017        **Current Projected Date Of Final Report (TFR):**   June 28, 2018  (Actual)

Printed: 07/02/2019 02:40 PM    V.14.50

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-59503-SMS
**Case Name:** MEGA AMUSEMENT, INC.

**Taxpayer ID #:** **-***6973
**Period Ending:** 07/02/19

**Trustee:** Cathy L. Scarver, Trustee (300006)
**Bank Name:** Rabobank, N.A.
**Account:** ******3566 - Checking Account
**Blanket Bond:** $30,203,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/08/15 | {11} | The Webster Firm, P.C. | Turnover of Remaining Proceeds from Sale of Business in Chapter 11. | 1290-010 | 867,039.13 | | 867,039.13 |
| 12/21/15 | 101 | The Webster Firm, P.C. | Payment of Attorney Compensation, per order entered 12/16/15, Doc. No. 264. | 6210-160 | | 27,758.96 | 839,280.17 |
| 12/21/15 | 102 | The Webster Firm, P.C. | Payment of Attorney Expenses, per order entered 12/16/15, Doc. No. 264. | 6220-170 | | 3,270.92 | 836,009.25 |
| 12/21/15 | 103 | JONES & WALDEN, LLC | Payment of Debtor Attorney Compensation, per order entered 12/17/15, Doc. No. 265. | 6210-160 | | 41,460.00 | 794,549.25 |
| 12/21/15 | 104 | JONES & WALDEN, LLC | Payment of Debtor Attorney Expenses, per order entered 12/17/15, Doc. No. 265. | 6220-170 | | 1,732.73 | 792,816.52 |
| 12/24/15 | {10} | Wells Fargo Bank | Turnover of Funds in Bank Account ending in 8375. | 1229-000 | 1,287.88 | | 794,104.40 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 927.83 | 793,176.57 |
| 01/27/16 | {12} | American Express Travel Related Services Company, Inc. | Processing Rejected ACH Transaction Adjustment 12/16/15 | 1229-000 | 147.39 | | 793,323.96 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,099.93 | 792,224.03 |
| 02/01/16 | {13} | Southeast Corrections, LLC | Restitution payment for 14-D-05194-6: Mejias, Stephanie Nickol; check dated 6/2/15 | 1221-000 | 85.00 | | 792,309.03 |
| 02/01/16 | {13} | Southeast Corrections, LLC | Restitution payment for 14-D-05194-6: Mejias, Stephanie Nickol; check dated 5/5/15 | 1221-000 | 215.00 | | 792,524.03 |
| 02/17/16 | {11} | The Webster Firm, PC | Turnover of Retainer Funds held in Escrow during Chapter 11 Case. | 1290-010 | 7,500.00 | | 800,024.03 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,101.73 | 798,922.30 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,260.75 | 797,661.55 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,106.04 | 796,555.51 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,104.51 | 795,451.00 |
| 06/08/16 | {14} | William Lee Gentry | Funds for Purchase of Memorabilia personal property per order entered 6/2/16, Doc. No. 311. | 1229-000 | 7,500.00 | | 802,951.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,262.80 | 801,688.20 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,111.62 | 800,576.58 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,263.20 | 799,313.38 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,146.55 | 798,166.83 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,106.74 | 797,060.09 |
| 11/09/16 | 105 | JONES & WALDEN, LLC | Final payment of Chapter 11 Attorney Fees per orders entered 5/17/16, Doc. No. 308 and 10/11/16, Doc. No. 320. | 6210-160 | | 3,102.50 | 793,957.59 |
| 11/09/16 | 106 | JONES & WALDEN, LLC | Final payment of Chapter 11 Attorney | 6220-170 | | 300.20 | 793,657.39 |

Subtotals :    $883,774.40    $90,117.01

{} Asset reference(s)

Printed: 07/02/2019 02:40 PM    V.14.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-59503-SMS  
**Case Name:** MEGA AMUSEMENT, INC.  
**Taxpayer ID #:** **-***6973  
**Period Ending:** 07/02/19  

**Trustee:** Cathy L. Scarver, Trustee (300006)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $30,203,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ExpensesFees per orders entered 5/17/16, Doc. No. 308 and 10/11/16, Doc. No. 320. | | | | |
| 11/09/16 | 107 | DEPARTMENT OF THE TREASURY | Payment of Taxes per order entered 10/11/16, Doc. No. 320. | 5800-000 | | 41,203.40 | 752,453.99 |
| 11/09/16 | 108 | The UPS Store | Payment of Chapter 11 Expense, per order entered 10/11/16, Doc. No. 320. | 6950-000 | | 96.27 | 752,357.72 |
| 11/09/16 | 109 | Tom Siliven | Payment of Chapter 11 Expenses, per order entered 10/11/16, Doc. No. 320. | 6950-000 | | 24,594.31 | 727,763.41 |
| 11/09/16 | 110 | Gwinnett County Tax Commissioner | To pay 2012-2014 Advalorem Taxes, per order entered 10/11/16, Doc. No. 320. | 5800-000 | | 6,679.23 | 721,084.18 |
| 11/09/16 | 111 | Georgia Department of Labor | Payment of Employment Taxes per order entered 10/11/16, Doc. No. 320. | 5800-000 | | 1,007.99 | 720,076.19 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,200.08 | 718,876.11 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,056.78 | 717,819.33 |
| 01/25/17 | 112 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2017 FOR CASE #14-59503, Pro rata blanket bond premium payments; per UST | 2300-000 | | 226.53 | 717,592.80 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,101.12 | 716,491.68 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 961.87 | 715,529.81 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,063.49 | 714,466.32 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 959.14 | 713,507.18 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,128.90 | 712,378.28 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,024.65 | 711,353.63 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 989.07 | 710,364.56 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,124.02 | 709,240.54 |
| 09/07/17 | {17} | Wells Fargo Bank, N.A. | Refund of Online-only Statement Discount for Acct # ending in 8540. | 1290-000 | 40.00 | | 709,280.54 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 986.17 | 708,294.37 |
| 10/16/17 | {18} | Georgia Department of Corrections | Withdrawal for Restitution; Offender Jessica Renee Clink, GDC ID 1001586271, Docke No. 14B41461 | 1229-000 | 26.00 | | 708,320.37 |
| 10/16/17 | {18} | Georgia Department of Corrections | Withdrawal for Restitution; Offender Jessica Renee Clink, GDC ID 1001586271, Docke No. 14B41461 | 1229-000 | 186.00 | | 708,506.37 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,086.83 | 707,419.54 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,017.51 | 706,402.03 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 982.18 | 705,419.85 |

Subtotals :     $252.00     $88,489.54

{} Asset reference(s)

Printed: 07/02/2019 02:40 PM     V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 14-59503-SMS  
**Case Name:** MEGA AMUSEMENT, INC.  
**Taxpayer ID #:** **-***6973  
**Period Ending:** 07/02/19  

**Trustee:** Cathy L. Scarver, Trustee (300006)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $30,203,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/18 | 113 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2017 FOR CASE #14-59503 | 2300-000 | | 223.15 | 705,196.70 |
| 01/22/18 | {17} | Wells Fargo Bank, N.A. | Refund of erroneous cash deposited fees charged to Acct # ending in 8375. | 1290-000 | 6.00 | | 705,202.70 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,116.04 | 704,086.66 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 945.21 | 703,141.45 |
| 03/15/18 | 114 | Georgia Department of Labor | Final Payment of Employment Taxes per order entered 10/11/16, Doc. No. 320. | 5800-000 | | 96.18 | 703,045.27 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,011.36 | 702,033.91 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 976.15 | 701,057.76 |
| 09/10/18 | 115 | Cathy L. Scarver, Trustee | Dividend paid 100.00% on $47,451.62, Trustee Compensation; per order entered 9/10/18, Doc. No. 390. | 2100-000 | | 47,451.62 | 653,606.14 |
| 09/10/18 | 116 | Cathy L. Scarver, Trustee | Dividend paid 100.00% on $100.00, Trustee Expenses; per order entered 9/10/18, Doc. No. 390 | 2200-000 | | 100.00 | 653,506.14 |
| 09/10/18 | 117 | Lamberth, Cifelli, Ellis & Nason, P.A. | Dividend paid 100.00% on $123,464.00, Attorney for Trustee Fees (Other Firm); per order entered 9/10/18, Doc. No. 390 | 3210-000 | | 123,464.00 | 530,042.14 |
| 09/10/18 | 118 | Lamberth, Cifelli, Ellis & Nason, P.A. | Dividend paid 100.00% on $2,531.12, Attorney for Trustee Expenses (Other Firm); per order entered 9/10/18, Doc. No. 390 | 3220-000 | | 2,531.12 | 527,511.02 |
| 09/10/18 | 119 | Jeffrey K. Kerr & Company LLC | Dividend paid 100.00% on $46,444.00, Accountant for Trustee Fees (Other Firm); per order entered 9/10/18, Doc. No. 390 | 3410-000 | | 46,444.00 | 481,067.02 |
| 09/10/18 | 120 | Jeffrey K. Kerr & Company LLC | Dividend paid 100.00% on $1,660.05, Accountant for Trustee Expenses (Other Firm); per order entered 9/10/18, Doc. No. 390 | 3420-000 | | 1,660.05 | 479,406.97 |
| 09/10/18 | 121 | Clerk, United States Bankruptcy Court | Dividend paid 100.00% on $700.00, Clerk of the Court Costs (includes adversary and other filing fees); per order entered 5/10/18, Doc. No. 384. | 2700-000 | | 700.00 | 478,706.97 |
| 09/10/18 | 122 | Lamberth, Cifelli, Ellis & Nason, P.A. | Dividend paid 100.00% on $5,791.00, Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11); per order entered 9/10/18, Doc. No. 390. | 6210-000 | | 5,791.00 | 472,915.97 |
| 09/10/18 | 123 | Lamberth, Cifelli, Ellis & Nason, P.A. | Dividend paid 100.00% on $201.61, Attorney for Trustee/D-I-P Expenses (Other Firm) (Chapter 11); per order entered 9/10/18, Doc. | 6220-000 | | 201.61 | 472,714.36 |

Subtotals :   $6.00   $232,711.49

{} Asset reference(s)   Printed: 07/02/2019 02:40 PM   V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 14-59503-SMS
**Case Name:** MEGA AMUSEMENT, INC.

**Taxpayer ID #:** **-***6973
**Period Ending:** 07/02/19

**Trustee:** Cathy L. Scarver, Trustee (300006)
**Bank Name:** Rabobank, N.A.
**Account:** ******3566 - Checking Account
**Blanket Bond:** $30,203,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | No. 390 | | | | |
| 09/10/18 | 124 | U.S. Treasury Department | Dividend paid 100.00% on $1,719.34; Claim# P; Filed: $1,719.34; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 5300-000 | | 1,719.34 | 470,995.02 |
| 09/10/18 | 125 | U.S. Treasury Department | Dividend paid 100.00% on $29.22; Claim# Q; Filed: $29.22; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 5300-000 | | 29.22 | 470,965.80 |
| 09/10/18 | 126 | Georgia Department of Revenue | Dividend paid 100.00% on $292.24; Claim# R; Filed: $292.24; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 5300-000 | | 292.24 | 470,673.56 |
| 09/10/18 | 127 | Georgia Department of Labor | Dividend paid 100.00% on $131.51; Claim# S; Filed: $131.51; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 5300-000 | | 131.51 | 470,542.05 |
| 09/10/18 | 128 | John Dlugolenski | Dividend paid 100.00% on $4,870.65; Claim# 16; Filed: $4,870.65; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 5300-000 | | 3,231.68 | 467,310.37 |
| 09/10/18 | 129 | DEPARTMENT OF THE TREASURY | Dividend paid 36.54% on $17,059.47; Claim# 1U; Filed: $17,059.47; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 7100-000 | | 6,234.84 | 461,075.53 |
| 09/10/18 | 130 | General Electric Capital Corporation | Dividend paid 36.54% on $7,684.34; Claim# 5; Filed: $7,684.34; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 7100-000 | | 2,808.45 | 458,267.08 |
| 09/10/18 | 131 | 2075 Market Street, LLC | Dividend paid 36.54% on $141,877.50; Claim# 12; Filed: $141,877.50; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. Stopped on 12/26/18 | 7100-000 | | 51,852.86 | 406,414.22 |
| 09/10/18 | 132 | Sikes Paper & Supply | Dividend paid 36.54% on $2,639.44; Claim# 15; Filed: $2,639.44; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 7100-000 | | 964.65 | 405,449.57 |
| 09/10/18 | 133 | Steve Mudder | Dividend paid 36.54% on $355,388.82; Claim# 17 -3; Filed: $355,388.82; Reference: ; | 7100-000 | | 129,886.16 | 275,563.41 |

Subtotals :   $0.00   $197,150.95

{} Asset reference(s)

Printed: 07/02/2019 02:40 PM   V.14.50

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 14-59503-SMS  
**Case Name:** MEGA AMUSEMENT, INC.  

**Taxpayer ID #:** **-***6973  
**Period Ending:** 07/02/19  

**Trustee:** Cathy L. Scarver, Trustee (300006)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $30,203,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. |  |  |  |  |
| 09/10/18 | 134 | Mark Williams | Dividend paid  36.54% on $69,250.00; Claim# 18; Filed: $69,250.00; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 7100-000 |  | 25,309.23 | 250,254.18 |
| 09/10/18 | 135 | Robert Lee Collins | Dividend paid  36.54% on $118,000.00; Claim# 20; Filed: $118,000.00; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 7100-000 |  | 43,126.19 | 207,127.99 |
| 09/10/18 | 136 | Tim Greene | Dividend paid  36.54% on $20,000.00; Claim# 22; Filed: $20,000.00; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 7100-000 |  | 7,309.52 | 199,818.47 |
| 09/10/18 | 137 | John Flood | Dividend paid  36.54% on $108,387.00; Claim# 23 -2; Filed: $108,387.00; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 7100-000 |  | 39,612.87 | 160,205.60 |
| 09/10/18 | 138 | Robert Wlodarczk | Dividend paid  36.54% on $14,319.79; Claim# 24; Filed: $14,319.79; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 7100-000 |  | 5,233.54 | 154,972.06 |
| 09/10/18 | 139 | Infinite Energy | Dividend paid  36.54% on $2,790.56; Claim# 26; Filed: $2,790.56; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 7100-000 |  | 1,019.88 | 153,952.18 |
| 09/10/18 | 140 | First Mercury Insurance Company | Dividend paid  36.54% on $20,000.00; Claim# 27; Filed: $20,000.00; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 7100-000 |  | 7,309.52 | 146,642.66 |
| 09/10/18 | 141 | William Gentry | Dividend paid  36.54% on $400,000.00; Claim# 28; Filed: $956,511.91; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 7100-000 |  | 146,190.49 | 452.17 |
| 09/10/18 | 142 | BellSouth Telecommunications, Inc | Dividend paid  36.54% on $1,237.22; Claim# 29; Filed: $1,237.22; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 7100-000 |  | 452.17 | 0.00 |
| 12/26/18 | 131 | 2075 Market Street, LLC | Dividend paid  36.54% on $141,877.50; Claim# 12; Filed: $141,877.50; Reference: ; | 7100-000 |  | -51,852.86 | 51,852.86 |

Subtotals :                   $0.00       $223,710.55

{} Asset reference(s)                                                                                         Printed: 07/02/2019 02:40 PM    V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 14-59503-SMS | | Trustee: | Cathy L. Scarver, Trustee (300006) |
|---|---|---|---|---|
| Case Name: | MEGA AMUSEMENT, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3566 - Checking Account |
| Taxpayer ID #: | **-***6973 | | Blanket Bond: | $30,203,000.00   (per case limit) |
| Period Ending: | 07/02/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387.<br>Stopped: check issued on 09/10/18 | | | | |
| 12/26/18 | 143 | 2075 Market Street, LLC | Reissued check for Dividend paid  36.54% on $141,877.50; Claim# 12; Filed: $141,877.50; Reference: ; Per Trustee's Distribution Summary filed 7/26/18, Doc. No. 387. | 7100-000 | | 51,852.86 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 884,032.40 | 884,032.40 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 884,032.40 | 884,032.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$884,032.40** | **$884,032.40** | |

| | | |
|---|---|---|
| Net Receipts : | 884,032.40 | |
| Net Estate : | $884,032.40 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3566** | 884,032.40 | 884,032.40 | 0.00 |
| | **$884,032.40** | **$884,032.40** | **$0.00** |

{} Asset reference(s)                                                                                                               Printed: 07/02/2019 02:40 PM    V.14.50